UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WANDA JEAN EVANS,

       Plaintiff,                           Case No. 1:14-cv-892

v.                                           Hon. Hugh W. Brenneman, Jr.

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## JUDGMENT

In accordance with the parties' joint stipulation for remand (docket no. 7):

The decision of the Commissioner is reversed pursuant to sentence four of 42 U.S.C. § 405(g), and the case is remanded to the Commissioner for further proceedings as set forth in the stipulation.

**IT IS SO ORDERED.**

Dated:  December 5, 2014                           /s/ Hugh W. Brenneman, Jr.
                                                         HUGH W. BRENNEMAN, JR.
                                                         United States Magistrate Judge